

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.: CR 94-00851-AK |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| v. | ) ) | |
| JOEL ARGENTO, | ) ) | |
| Defendant. | ) ) ) | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is

1  based on his prior confirmed violation of the terms and
2  conditions of his supervised release, his absconding from
3  supervision in or about February 2011, and his presently alleged
4  absconding from supervision in or about July 2012;
5  and

6  B.   (X) The defendant has not met his burden of establishing by
7  clear and convincing evidence that he is not likely to pose a
8  danger to the safety of any other person or the community if
9  released under 18 U.S.C. § 3142(b) or (c). This finding is
10 based on his apparent continuing drug use.

11 IT THEREFORE IS ORDERED that the defendant be detained pending
12 the further revocation proceedings.

14 DATED:  January 8, 2013

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2